JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE MARTIROSYAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-05413-CV-AS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[DOC. # 37]** |

　　On June 13, 2025, Plaintiff Marine Martirosyan and Defendant BMW Financial Services NA, LLC filed a Stipulation of Dismissal with Prejudice. Doc. # 37 ("Stipulation"). The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows: the action shall be dismissed with prejudice.

　　**IT IS SO ORDERED.**

Dated: 6/18/25

　　　　　　　　　　　　　　　　　　*Cynthia Valenzuela*
　　　　　　　　　　　　　　　　　　HON. CYNTHIA VALENZUELA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE